UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOE RIVER SALAZAR; aka SALAZAR, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-10-281 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO
GRANT RESPONDENT'S MOTION FOR SUMMARY JUDGMENT**

      On December 2, 2010, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that respondent's motion for summary judgment (D.E. 13) be granted, the habeas petition (D.E. 1) be dismissed, and that petitioner be denied a certificate of appealability.  A copy of the Memorandum and Recommendation was mailed to petitioner with a card to be returned indicating his receipt of the mailing.  The card has not been returned by petitioner nor has the mailing been returned by the U.S. Post Office as undeliverable.  Therefore, seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court.  Accordingly, it is

      ORDERED that respondent's motion for summary judgment is granted and petitioner's habeas petition is dismissed.  Petitioner is denied a certificate of appealability.

      The clerk shall enter this order and provide a copy to all parties.

      SIGNED and ORDERED this 2nd day of March, 2011.

                                                                         Janis Graham Jack
                                                                United States District Judge